IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

U.S. WEST COMMUNICATIONS, INC.,
A Colorado Corporation,

      Plaintiff,

vs.                                                      Civ. No. 99-109 BB/WWD

LYNDA M. LOVEJOY, et al.,

      Defendants.

## MEMORANDUM OPINION AND ORDER

This matter came before the Court for a Rule 16 scheduling conference on September 16, 1999. It was agreed among the parties that Plaintiff may file an amended complaint on or before October 15, 1999. On or before October 25, 1999, the New Mexico Public Regulation Defendants shall serve a motion to dismiss the complaint. Counsel for the parties shall confer and on or before November 1, 1999, shall submit to the undersigned a proposed schedule for the filing of summary judgment motions and other matters, including ways to deal with the voluminous administrative record involved in this litigation.

This cause shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE